

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

UNITED STATES OF AMERICA

CRIMINAL NO. **2013 CF2 008329**

vs.

ISSUED BY: **MICHAEL RYAN**

**SEAN JOHNSON**

## BENCH WARRANT

May be served at any place within the jurisdiction of the United States

*Unless Specified Otherwise Below*

TO: The United States Marshal for the Superior Court of America or any other authorized federal officer or the Chief of Police for the District of Columbia.

GREETINGS; YOU ARE HEREBY COMMANDED to arrest the <u>above-named</u> person and bring that person before this Court or other Court enumerated in 18 U.S.C. 3041 to answer to the charge(s) listed below.
( ) YOU ARE FURTHER COMMANDED to execute this warrant FORTHWITH.

---

**BASIS FOR WARRANT AND DESCRIPTION OF CHARGES:** The defendant failed to appear for a Probation Show Cause Hearing before Judge Ryan on 9/26/13.

**Simple Assault**

---

*SPECIAL TERRITORIAL LIMITS ON EXECUTION OF WARRANT-THIS SECTION VALID ONLY IF COMPLETED*

Extraterritorial Service of this Warrant is limited to:

WITNESS, the Honorable Chief Judge of the Superior Court of the District of Columbia under the seal of said Court on this date 9/26/2013.

BAIL FIXED BY THE COURT

AT: **NO BOND (To act as a detainer)**

BY: _____
Superior Court of the District of Columbia
Associate Judge

Date Received: 9/27/13

Date Executed: 10/23/13

Return: This warrant was received and executed with the arrest of the above named person. 9/27/13

Signature of Arresting Officer

A TRUE COPY
Clerk, Superior Court of the District of Columbia

By _____
Deputy Clerk