# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## OFFICE OF THE CLERK
## 401 COURTHOUSE SQUARE
## ALEXANDRIA, VIRGINIA 22314-2689
## (703) 299-2100



RECEIVED MAILROOM
OCT 31 2013
CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

October 24, 2013

TO:  The Clerk of Court
     Superior Court of the District of Columbia
     500 Indiana Avenue, NW
     Washington, DC 20001

UNITED STATES vs. Sean Johnson
ARRESTING DISTRICT CASE NUMBER: 1:13mj655
CHARGING DISTRICT CASE NUMBER: 2013 CF2 008329

To Whom It May Concern,

The defendant was arrested in the Eastern District of Virginia on your warrant of arrest and brought before our Court for a removal hearing. The defendant executed a Waiver of Identity hearing and requested any further hearing be held in your district. The defendant was remanded.

A copy of the documents filed in this district is enclosed. A certified copy of the docket entries is also enclosed. A copy of this letter is enclosed for your convenience in acknowledging receipt.

Sincerely,

*[signature]*
Deputy Clerk

RECEIVED BY: *Renee Mims*
DATE: 10/28/2013